IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| TECHSHELL, INC., <br> a Florida Corporation, <br> <br> Plaintiff, <br> <br> v. <br> <br> jWIN ELECTRONICS CORPORATION, <br> <br> Defendant. | ) <br> ) <br> ) <br> ) Civil Action No. 3:11-CV-556 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFF TECHSHELL INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel of record for Plaintiff Techshell Inc. certifies that the no parent corporation or publicly held corporate owns 10% or more of the stock of Plaintiff Techshell, Inc.,

Respectfully submitted, this 23rd day of November, 2011.

/s/  Richard L. Sizemore
Charles F. Beall, Jr.
Florida Bar No. 66494
220 West Garden Street, 9th Floor
Pensacola, FL 32502-5702
**MOORE, HILL, & WESTMORLAND, P.A.**
Telephone: (850) 434-3541
Facsimile: (850) 435-7899
Email: cbeall@mhw-law.com

Stephen R. Risley
**SMITH RISLEY TEMPEL & SANTOS LLC**
Two Ravinia Drive, Suite 700
Atlanta, GA 30346
Telephone: (770) 709-0080

Email: srisley@srtslaw.com

Richard L. Sizemore
Michael T. Smith
**LOGAN, JOLLY & SMITH, L.L.P.**
1805 North Boulevard
Anderson, S.C. 29621
Telephone: (864) 226-1910
Facsimile: (864) 226-1931
Email: msmith@loganjollysmith.com
Email: sizemore@loganjollysmith.com

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

| | |
|---|---|
| TECHSHELL, INC., ) <br> a Florida Corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> jWIN ELECTRONICS CORPORATION, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 3:11-CV-556 |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2011, I filed the foregoing "PLAINTIFF TECHSHELL INC.'S CORPORATE DISCLOSURE STATEMENT" with the Clerk of Court. It is my understanding that the Clerk of Court will use the CM/ECF system, which will automatically send email notification of this filing to the attorneys of record.

    */s/ Richard L. Sizemore*
    Charles F. Beall, Jr.
    Florida Bar No. 66494
    220 West Garden Street, 9th Floor
    Pensacola, FL 32502-5702
    **MOORE, HILL, & WESTMORLAND, P.A.**
    Telephone: (850) 434-3541
    Facsimile: (850) 435-7899
    Email: cbeall@mhw-law.com

    Stephen R. Risley
    **SMITH RISLEY TEMPEL & SANTOS LLC**

Two Ravinia Drive, Suite 700
Atlanta, GA 30346
Telephone: (770) 709-0080
Email: srisley@srtslaw.com

Richard L. Sizemore
Michael T. Smith
**LOGAN, JOLLY & SMITH, L.L.P.**
1805 North Boulevard
Anderson, S.C. 29621
Telephone: (864) 226-1910
Facsimile: (864) 226-1931
Email: msmith@loganjollysmith.com
Email: sizemore@loganjollysmith.com